IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRACI GUYNUP, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | NO. 2:06-CV-04315 |
| v. | : | |
| | : | |
| LANCASTER COUNTY, et al., | : | |
| | : | |
| Defendants. | : | JURY TRIAL DEMANDED |

## Verdict Form

We, the jury, unanimously find the following by a preponderance of the evidence:

(1) Did defendant Steberger intentionally commit an act that violated Traci Guynup's Fourteenth Amendment right not to be subjected to excessive force?

Answer: Yes____ No____

**IF YOU ANSWERED "YES"TO PART 1, PROCEED TO PART 2, OTHERWISE, PLEASE SKIP TO QUESTION 5.**

(2) Did defendant Steberger's act, described in Part (1) above, cause injury to [plaintiff]?

Answer: Yes____ No____

**1**

**IF YOU ANSWERED "YES" TO PART 2, PROCEED TO PART (3)(A), AND SKIP PART (3)(B).**

**IF YOU ANSWERED "NO" TO PART 2, SKIP PART 3(A) AND PROCEEDD TO PART 3(B).**

    **(3)(A)  Please state the amount that will fairly compensate Traci Guynup for any injury she actually sustained as a result of defendant's conduct.**

        **Answer:  $_____**
        **(Fill in dollar figure)**

    **(3)(B) Because we answered "No" to Part 2, Traci Guynup is awarded nominal damages in the amount of $1.00.**

**AFTER ANSWERING PART 3, PROCEED TO PART 4.**

    **(4)(A) Did defendant Steberger act maliciously or wantonly in violating Traci Guynup's rights?**

        **Answer: Yes\_\_\_ No\_\_\_**

**IF YOU ANSWERED "YES" TO PART 4(A), PROCEED TO PART 4(B). OTHERWISE PLEASE SKIP TO QUESTION 5.**

    **4(B) Do you award punitive damages against defendant Steberger?**

        **Answer: Yes\_\_\_ No\_\_\_**

        **If yes, in what amount?**

        **Answer: $_____**
        **(Fill in Dollar Figure)**

  **(5) Did defendants intentionally commit an act that violated Traci Guynup's Fourteenth Amendment right not to be subjected to inhumane prison conditions?**

   **Answer:  Yes____   No____**

**IF YOU ANSWERED "YES"TO PART 5, PROCEED TO PART 6, OTHERWISE, PLEASE SKIP TO QUESTION 8.**

  **(6)  Did defendants' acts, described in Part (5) above, cause injury to [plaintiff]?**

   **Answer:  Yes____   No____**

**IF YOU ANSWERED "YES" TO PART 5, PROCEED TO PART (6)(A), AND SKIP PART (6)(B).**

**IF YOU ANSWERED "NO" TO PART 5, SKIP PART 6(A) AND PROCEEDD TO PART 6(B).**

  **(6)(A)  Please state the amount that will fairly compensate Traci Guynup for any injury she actually sustained as a result of defendants' conduct.**

   **Answer:  $_____**
   **(Fill in dollar figure)**

  **(6)(B) Because we answered "No" to Part 2, Traci Guynup is awarded nominal damages in the amount of $1.00.**

**AFTER ANSWERING PART 6, PROCEED TO PART 7.**

  **(7)(A) Did defendants act maliciously or wantonly in violating Traci Guynup's rights?**

**3**

Answer: Yes___ No___

**IF YOU ANSWERED "YES" TO PART 7(A), PROCEED TO PART 7(B). OTHERWISE PLEASE STOP.**

**7(B) Do you award punitive damages against defendants?**

Answer: Yes___ No___

**If yes, in what amount?**

**Answer: $_____**
**(Fill in Dollar Figure)**

**(8)   Did defendants Sumesco [sic], McWilliams and Moyer intentionally commit an act(s) that violated Traci Guynup's Fourteenth Amendment right to adequate psychiatric care?**

Answer: Yes____ No____

**IF YOU ANSWERED "YES"TO PART 8, PROCEED TO PART 9, OTHERWISE, PLEASE SKIP TO QUESTION 12.**

**(9)  Did defendants' act(s), described in Part (8) above, cause injury to [plaintiff]?**

Answer: Yes____ No____

**IF YOU ANSWERED "YES" TO PART 9, PROCEED TO PART (10)(A), AND SKIP PART (10)(B).**

**IF YOU ANSWERED "NO" TO PART 9, SKIP PART 10(A) AND PROCEEDD TO PART 10(B).**

(10)(A)  Please state the amount that will fairly compensate Traci Guynup for any injury she actually sustained as a result of defendants' conduct.

>  Answer:  $_____
>  (Fill in dollar figure)

(10)(B) Because we answered "No" to Part 9, Traci Guynup is awarded nominal damages in the amount of $1.00.

**AFTER ANSWERING PART 10, PROCEED TO PART 11.**

(11)(A) Did defendants Sumesco [sic], McWilliams and Moyer act maliciously or wantonly in violating Traci Guynup's rights?

>  Answer: Yes___ No___

**IF YOU ANSWERED "YES" TO PART 11(A), PROCEED TO PART 11(B). OTHERWISE PLEASE SKIP TO QUESTION 12.**

11(B) Do you award punitive damages against defendants?

>  Answer: Yes___No___

>  If yes, in what amount?

>  Answer: $_____
>  (Fill in Dollar Figure)

(12)   Did defendants intentionally commit an act(s) that violated Traci Guynup's First Amendment right to seek redress of her grievances in a manner free from retaliation?

>  Answer:  Yes____   No____

**IF YOU ANSWERED "YES"TO PART 12, PROCEED TO PART 13, OTHERWISE, PLEASE STOP.**

5

  **(13)  Did defendants' act(s), described in Part (8) above, cause injury to [plaintiff]?**

    **Answer:  Yes____   No____**


**IF YOU ANSWERED "YES" TO PART 13, PROCEED TO PART (14)(A), AND SKIP PART (14)(B).**

**IF YOU ANSWERED "NO" TO PART 13, SKIP PART 14(A) AND PROCEEDD TO PART 14(B).**


  **(14)(A)  Please state the amount that will fairly compensate Traci Guynup for any injury she actually sustained as a result of defendants' conduct.**

    **Answer:  $_____**
    **(Fill in dollar figure)**

  **(14)(B) Because we answered "No" to Part 9, Traci Guynup is awarded nominal damages in the amount of $1.00.**

**AFTER ANSWERING PART 14, PROCEED TO PART 15.**

  **15(A) Did defendants act maliciously or wantonly in violating Traci Guynup's right to be free from retaliation?**

    **Answer: Yes___ No___**

**IF YOU ANSWERED "YES" TO PART 15(A), PROCEED TO PART 15(B). OTHERWISE PLEASE SKIP TO QUESTION 16.**

  **15(B) Do you award punitive damages against defendants?**

    **Answer: Yes___   No___**

  **If yes, in what amount?**

**6**

   **Answer: $_____**
   **(Fill in Dollar Figure)**

  **(16) Did defendant County intentionally violate Traci Guynup's rights under the Americans with Disabilities Act?**

   **Answer:  Yes\_\_\_\_ No\_\_\_\_**

**IF YOU ANSWERED "YES"TO PART 16, PROCEED TO PART 17, OTHERWISE, PLEASE SKIP TO QUESTION 19.**

  **(17)  Did defendant County's conduct, described in Part (16) above, cause harm to [plaintiff]?**

   **Answer:  Yes\_\_\_\_ No\_\_\_\_**

**IF YOU ANSWERED "YES" TO PART 17, PROCEED TO PART (18)(A), AND SKIP PART (18)(B).**

**IF YOU ANSWERED "NO" TO PART 17, SKIP PART 18(A) AND PROCEED TO PART 18(B).**

  **(18)(A)  Please state the amount that will fairly compensate Traci Guynup for any injury she actually sustained as a result of defendant County's conduct.**

   **Answer:  $_____**
   **(Fill in dollar figure)**

  **(18)(B) Because we answered "No" to Part 9, Traci Guynup is awarded nominal damages in the amount of $1.00.**

**AFTER ANSWERING PART 18, PROCEED TO PART 19.**

**(19)   Did defendant Steberger commit an act of assault and battery on Traci Guynup?**

Answer:  Yes____   No____

**IF YOU ANSWERED "YES"TO PART 19, PROCEED TO PART 20, OTHERWISE, PLEASE STOP.**

**(20)  Did defendant Steberger's act, described in Part (19) above, cause injury to [plaintiff]?**

Answer:  Yes____   No____

**IF YOU ANSWERED "YES" TO PART 19, PROCEED TO PART (20)(A), AND SKIP PART (20)(B).**

**IF YOU ANSWERED "NO" TO PART 19, SKIP PART 20(A) AND PROCEED TO PART 20(B).**

**(20)(A)  Please state the amount that will fairly compensate Traci Guynup for any injury she actually sustained as a result of defendant's conduct.**

Answer:  $_____
(Fill in dollar figure)

**(20)(B) Because we answered "No" to Part 19, Traci Guynup is awarded nominal damages in the amount of $1.00.**

**AFTER ANSWERING PART  20, PROCEED TO PART 21.**

**21(A) Did defendant act maliciously or wantonly in violating Traci Guynup's rights?**

Answer: Yes___ No___

**8**

**IF YOU ANSWERED "YES" TO PART 21(A), PROCEED TO PART 22(B). OTHERWISE PLEASE STOP.**

 **22(B) Do you award punitive damages against defendant?**

  **Answer: Yes\_\_\_ No\_\_\_**

  **If yes, in what amount?**

  **Answer: $_____**
  **(Fill in Dollar Figure)**


**SO SAY WE ALL, this\_\_\_\_day of_____,2008.**

_____
**Foreperson**