**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| TRACI GUYNUP | : | CIVIL ACTION |
| V. | | |
| | : | NO. 2:06-cv-04315-MMB |
| LANCASTER COUNTY, ET AL. | : | |

**SPECIAL VERDICT QUESTIONS**

1. Do you find that plaintiff Traci Guynup proved, by a preponderance of the evidence, that she was subjected to excessive force by Officer Cheryl Steberger under the circumstances?

**ANSWER:   YES _____        NO _____**

2. Answer each of the following questions. Mark "Yes" only if you find that the facts about which the question asks have been proven by a preponderance of the evidence

   a. Did the plaintiff, Traci Guynup, refuse to speak with the officers before they entered her cell on May 6, 2006?
      YES _____

      NO _____
      **Proceed to Question 2B**

   b. Did the officers give the plaintiff, Traci Guynup instructions about how to conduct herself during the events of May 6, 2006?

      YES _____

      NO _____

      **Proceed to Question 2C**
   c. Did the plaintiff, Traci Guynup, comply with instructions given to her by the officers?

      YES _____

                      **NO** _____

**Proceed to Question 2D**

    d.  Did the actions of plaintiff, Traci Guynup, pose a threat to her safety or the safety of the corrections officers?

                      **YES** _____

                      **NO** _____

**Proceed to Question 3**

    3.    Do you find that plaintiff proved by a preponderance of the evidence that Sergeant Cheryl Steberger committed an assault upon Traci Guynup, as the Court defined that claim for you?

**ANSWER:**   **YES** _____       **NO** _____

    4.    Do you find that plaintiff proved by a preponderance of the evidence that defendant Sergeant Cheryl Steberger committed a Battery as the Court defined that claim for you?

**ANSWER:**   **YES** _____       **NO** _____

    5.      Do you find that Tammy Moyer was deliberately indifferent to plaintiff's serious mental health needs?

**ANSWER:   YES _____      NO _____**

    6.      Do you find that Carrie McWilliams was deliberately indifferent to plaintiff's serious mental health needs?

**ANSWER:   YES _____      NO _____**

    7.      Do you find that Jodi Barrone was responsible for subjecting plaintiff to certain conditions of confinement that constituted cruel and unusual punishment?

**ANSWER:   YES _____      NO _____**

    8.      Do you find that Tammy Moyer was responsible for subjecting plaintiff to certain conditions of confinement that constituted cruel and unusual punishment?

**ANSWER:   YES _____      NO _____**

    9.      Do you find that Carrie McWilliams was responsible for subjecting plaintiff to certain conditions of confinement that constituted cruel and unusual punishment?

**ANSWER:   YES _____      NO _____**

    10.      Do you find that Supervisor, Lieutenant Billy had actual knowledge of a Correction's Officers' violation of plaintiff's constitutional rights and nonetheless acquiesced to that action?

**ANSWER:   YES _____      NO _____**

    11.      Do you find that Supervisor Bodnar had actual knowledge of a Correction's Officer's violation of plaintiff's constitutional rights and nonetheless acquiesced to that action?

**ANSWER:   YES _____      NO _____**

12. Do you find that Robert Siemasko had actual knowledge of a Correction's Officer's violation of plaintiff's constitutional rights and nonetheless acquiesced to that action?

**ANSWER:   YES** _____      **NO** _____

13. Do you find that Lancaster County Jail intentionally excluded plaintiff from participation in programs or services available at the jail solely due to her mental disability?

**ANSWER:   YES** _____      **NO** _____

14. Do you find that Jodi Barone intentionally excluded plaintiff from participation in programs or services available at the jail solely due to her mental disability?

**ANSWER:   YES** _____      **NO** _____

15. Do you find that Tammy Moyer intentionally excluded plaintiff from participation in programs or services available at the jail solely due to her mental disability?

**ANSWER:   YES** _____      **NO** _____

16. Do you find that Carrie McWilliams intentionally excluded plaintiff from participation in programs or services available at the jail solely due to her mental disability?

**ANSWER:   YES** _____      **NO** _____

IF YOU ANSWERED ANY OF THE ABOVE QUESTIONS "YES," PROCEED TO QUESTION NUMBER 16.  IF YOU ANSWERED EVERY QUESTION "NO," YOUR FOREPERSON SHOULD SIGN THIS VERDICT FORM AND YOU SHOULD RETURN TO THE COURTROOM

<u>COMPENSATORY DAMAGES</u>

    17.    What amount of compensator damages do you find will compensate Traci Guy up for harm caused to her by the defendants?

        A.    Economic Damages        $_____
              Including Medical Bills

        B.    Non-Economic Damages    $ _____

<u>PUNITIVE DAMAGES</u>

    18.    If you answered YES to Question 17, do you find in accordance with the jury charge of punitive damages that Traci Guyup is entitled to punitive damages from any individual defendant?

**ANSWER:**    **YES** _____        **NO** _____

    If you answered "yes," to the above question, state the amount of punitive damages you award against the defendants.

        $_____

                                      _____
                                      JURY FOREPERSON

**IN THE UNITES STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| TRACI GUYNUP | : | CIVIL ACTION |
| V. | : | NO. 2:06-cv-04315-MMB |
| LANCASTER COUNTY, ET AL. | : | |

## CERTIFICATE OF SERVICE

I hereby certify that service of a true and correct copy of the enclosed Verdict Slip was sent to all parties on **November 25, 2008**, by United States first-class mail, postage pre-paid.

Jamie Ray, Esquire
LAW OFFICE OF STEPHEN S. PENNINGTON
1617 JFK Boulevard, Suite 800
Philadelphia, PA  19103
**ATTORNEY FOR PLAINTIFF**

**WILLIAM J. FERREN & ASSOCIATES**

BY:  Christine E. Munion, Esquire
/s/ Christine E. Munion, Esquire
Attorney for Defendants
Attorney ID#:  72724
10 Sentry Parkway, Suite 301
Blue Bell, PA  19422
(215) 274-1731
CMUNION@travelers.com