IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TRACI GUYNUP** : | CIVIL ACTION |
| v. : | |
| **LANCASTER COUNTY PRISON, et al.** : | NO. 06-cv-4315 |

### JUDGMENT

AND NOW, this 2nd day of July, 2009, judgment is hereby entered in favor of Lancaster County Prison, Warden Vincent Guarini, Deputy Warden Seibert, Deputy Warden of Treatment Sumesco, Major Klinowski, Lieutenant Ritter, Sgt. Jacob, Sergeant Ennis, Sergeant Lefever, Officer Bernadette Rychalsky, Officer Val Garin, Officer Kim Wolfe, Dr. Mory, Lancaster County, Lt. Hehnly, Correctional Officer Garcia, Correctional Officer Heistand, Correctional Officer Killian and Correctional Officer Kress, and against Traci Guynup, in the amount of $9,023.38.

MICHAEL E. KUNZ
CLERK OF COURT