IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRACI GUYNUP | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 06-4315 |
| LANCASTER COUNTY, et al. | : | |

**ORDER**

AND NOW, this 24th day of September, 2009, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the Clerk's Taxation of Costs (Doc. No. 126) is AFFIRMED in part and REVERSED in part. The Court will order judgment entered in favor of the Defendants and against the Plaintiff in the amount of $4,511.68.

BY THE COURT:

s/Michael M. Baylson
_____
Michael M. Baylson, U.S.D.J.

O:\CIVIL\06-4315 Guynup v. Lancaster County Prison\Guynup v. Lancaster Co -Order taxation costs.wpd